IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**KEITH JONES, on Behalf of Himself**          **PLAINTIFF-APPELLEE**
**and All Others Similarly Situated**


vs.                                  No. 23-3247


**PRODUCERS SERVICES CORPORATION     DEFENDANT-APPELLANT**


### APPELLEE'S MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE BRIEF

Comes now the Appellee, Keith Jones, on Behalf of Himself and All Others Similarly Situated, by and through counsel, Josh Sanford of Sanford Law Firm, PLLC, and for his Motion for Extension of Time to File the Appellee Brief, states:

1.  Appellee's Brief is due on June 23, 2023.

2.  Appellee requests an extension for an additional seven (7) days, up to, and including, June 30, 2023, within which to file the Appellee Brief.

**WHEREFORE**, Appellee prays for an Order granting this Motion for Extension of Time for seven (7) days, up to, and including, June 30, 2023, within which to file the Appellee Brief.

Respectfully submitted,

**APPELLEE KEITH JONES, On behalf of Himself and All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

*Counsel for Plaintiff-Appellee Keith Jones*

## **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(1)(D) and the word limit of Fed R. App. P. 32(a)(7)(b), as the Motion for Extension of Time and the Certificate of Compliance contains 284 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, Pt. 14.

Dated:  June 20, 2023.

_____
**Josh Sanford**
**Counsel for Appellee**

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the 20th day of June, 2023, a true and correct copy of the foregoing MOTION was filed electronically and attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Nicholas Bobb, Esq.
Brendan Feheley, Esq.
Danielle Crane, Esq.
Kegler, Brown, Hill & Ritter
65 E. State Street, Suite 1800
Columbus, Ohio 43215
bfeheley@keglerbrown.com
nbobb@keglerbrown.com
dcrane@keglerbrown.com

/s/ Josh Sanford
**Josh Sanford**