UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 23-3247

**Case Title:** Keith Jones, Individually and on Behalf of All Others Similarly Situated vs. Producers Service Corporation

List all clients you represent in this appeal:

**Producers Service Corporation**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Danielle M. Crane, Esq.    **Signature:** s/ Danielle M. Crane

**Firm Name:** Kegler, Brown, Hill + Ritter, LPA

**Business Address:** 65 E. State Street, Suite 1800

**City/State/Zip:** Columbus, Ohio 43215

**Telephone Number (Area Code):** 614  462-5444

**Email Address:** dcrane@keglerbrown.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---