# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 23-3247

2. Case Caption (Short Title): Keith Jones v. Producers Service Corporation

3. Argument is scheduled for 1:00 p.m. on October 26, 2023 and will be held:

   ☑ Live (In Person)      ☐ by Video      ☐ by Telephone

4. I, Danielle M. Crane , will be presenting argument on behalf of:

   ☑ Appellant / Petitioner      ☐ Amicus Curiae      ☐ Other (please specify below):

   ☐ Appellee / Respondent      ☐ Intervenor      _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   Producers Service Corporation

6. Minutes reserved for rebuttal, if applicable: 5          (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____
   B. Total number of minutes (in whole minutes only) to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____
   D. Your assigned minutes (in whole minutes only): _____

   **If you have not previously registered as an ECF filer and
   filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Danielle M. Crane