**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 06, 2024

Mr. Nicholas Bobb
Ms. Danielle M. Crane
Kegler Brown Hill & Ritter
65 E. State Street
Suite 1800
Columbus, OH 43215

Mr. Josh Sanford
650 S. Shackleford
Suite 110
Little Rock, AR 72211

Re:   Case No. 23-3247, *Keith Jones v. Producers Service Corporation*
      Originating Case No. : 2:17-cv-01086

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                              Yours very truly,

                              Kelly L. Stephens, Clerk


                              Cathryn Lovely
                              Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosures

Mandate to issue.