## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 28, 2024

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re: Case No. 23-3247, *Keith Jones v. Producers Service Corporation*
         Originating Case No. 2:17-cv-01086

Dear Mr. Nagel:

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Patricia J. Elder, Senior Case Manager
                 for Ryan Orme, Case Manager

cc: Mr. Nicholas Bobb
   Ms. Danielle M. Crane
   Mr. Josh Sanford

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3247

_____

Filed: March 28, 2024

KEITH JONES, Individually and on Behalf of All Others Similarly Situated

    Plaintiff - Appellee

v.

PRODUCERS SERVICE CORPORATION

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 03/06/2024 the mandate for this case hereby issues today.

COSTS:  None